# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB LANCE** | : CIVIL ACTION |
| v. | : NO. 18-4933 |
| **MIDLAND CREDIT MANAGEMENT INC.**, *et al.* | : |

# ORDER

**AND NOW**, this 16th day of May 2019, upon considering the Defendants' Motion to compel arbitration (ECF Doc. No. 31) based upon facts adduced at discovery, Plaintiff's Opposition (ECF Doc. No. 35), Defendants' Reply (ECF Doc. No. 36), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion to compel arbitration (ECF Doc. No. 31) is **GRANTED**;

2. Plaintiff's Motions for class certification and summary judgment (ECF Doc. Nos. 25, 33) are **DENIED** as moot;

3. The parties' obligations under our January 23, 2019 Order (ECF Doc. No. 9) are **adjourned** until further Order;

4. The Clerk of Court shall place this matter in the Court's **suspense** docket until we are able to return the case to our active docket for consideration of motions to vacate/enforce or dismiss;

5. As we set trial on Plaintiff's claim to begin on September 19, 2019 (as a class trial no later than October 29, 2019) and the parties admit largely completing discovery on Plaintiff's claims and may presumably use this discovery in the arbitration, we expect absent a showing of extraordinary good cause this arbitration to be promptly scheduled and then completed no later than **October 31, 2019**; and,

6. Defendants shall file a status memorandum not exceeding two pages on **June 28, 2019**, and every forty-five days thereafter confirming the parties and the arbitration panel's progress towards prompt resolution of this matter to allow us to reach a final Order dismissing this matter by **November 29, 2019**.

_____
KEARNEY, J.