# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB LANCE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-4933** |
| | : | |
| **MIDLAND CREDIT MANAGEMENT INC.,** *et al.* | : : | |

# ORDER

**AND NOW**, this 26th day of June 2019, it having been reported the above captioned matter is settled, it is **ORDERED:**

1. The Clerk of Court shall **remove** this case from the Court's suspense docket and return it to the **active** docket;

2. This action is **DISMISSED** under Local Rule of Civil Procedure 41.1(b);[1] and,

3. The Clerk of Court shall mark this matter **CLOSED.**

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).